# NO. 12-22-00041-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JEFFERY SCOTT GRIMES,* *APPELLANT* | § | *APPEAL FROM THE 3RD* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,* *APPELLEE* | § | *ANDERSON COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Jeffery Scott Grimes, acting pro se, filed a notice of appeal from the denial of his motion for DNA testing. However, there is no signed order denying his motion, only a docket sheet entry. Accordingly, on March 4, 2022, this Court notified Appellant that the notice of appeal failed to show the jurisdiction of the Court, i.e., there is no signed final judgment or appealable order and/or the order being appealed is not an appealable order. We further notified Appellant that the appeal would be dismissed unless the notice of appeal was amended on or before April 4 to show this Court's jurisdiction. This deadline passed without a response from Appellant.

In criminal cases, an appellate court has jurisdiction only from a written judgment or order or where expressly granted by law. *See Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law but whether appeal is authorized by law); *see also Young v. State*, No. 12-06-00189-CR, 2006 WL 1699585, at *1 (Tex. App.—Tyler June 21, 2006, no pet.) (mem. op. not designation for publication); *McIntosh v. State*, 110 S.W.3d 51, 52 (Tex. App.–Waco 2002, no pet.); TEX. R. APP. P. 26.2(a). "A docket sheet entry does not constitute an appealable order." *Ex parte Blakely*, No. 05-18-00554-CR, 2018 WL 3545025, at *1 (Tex. App.—Dallas July 24, 2018, no pet.) (mem. op., not designated for publication). Accordingly, because the trial court has not signed an appealable order denying Appellant's motion for DNA testing, we ***dismiss*** the appeal

for ***want of jurisdiction***.  *See **Ex parte Evans***, 611 S.W.3d 86, 88 (Tex. App.—Waco 2020, no pet.) (dismissing appeal for want of jurisdiction absent signed final order denying application for writ of habeas corpus).

Opinion delivered April 14, 2022.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 14, 2022**

**NO. 12-22-00041-CR**

**JEFFERY SCOTT GRIMES,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the 3rd District Court
of Anderson County, Texas (Tr.Ct.No. 26796)

THIS CAUSE came on to be heard on the appellate record, and the same being considered, it is the opinion of this Court that it is without jurisdiction of the appeal, and that the appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*